UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN LOTT, and LINDA LOTT,<br><br>                    Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA, and<br>DGV HOLDINGS, INC., d/b/a PAN<br>AM INTERNATIONAL FLIGHT<br>ACADEMY,<br><br>                    Defendants. | Case No. 06cv561-J (BLM)<br><br>**ORDER (1) VACATING MANDATORY SETTLEMENT CONFERENCE, (2) CONFIRMING SETTLEMENT, AND (3) SETTING DEADLINE TO SUBMIT JOINT MOTION FOR DISMISSAL** |

On February 25, 2007, Garry Montanari, counsel for Defendant DGV Holdings, Inc., filed a Notice of Settlement. Doc. No. 16. Counsel represented that upon completion of the settlement documents and payment of settlement funds, the parties will file a joint motion for dismissal as to Defendant DGV Holdings, Inc. Id.

Given the remaining parties' settlement of this case and good cause appearing, the Mandatory Settlement Conference currently scheduled for **May 14, 2007** at **9:30 a.m.** is hereby vacated.

A joint motion for dismissal of this case, signed by counsel of record and all parties, must be submitted **directly to the Chambers of Magistrate Judge Major** no later than **February 22, 2007**. If the signed

joint motion for dismissal is timely submitted, the parties and attorneys are not required to make any further appearances before Judge Major.

If the fully executed joint motion for dismissal is not submitted to Judge Major's Chambers by **February 22, 2007**, then all counsel of record and unrepresented parties are required to appear **in person** for a Settlement Disposition Conference. The Settlement Disposition Conference will be held on **February 27, 2007** at **9:00 a.m.** in Courtroom A.

If counsel of record or any unrepresented party fails to appear at the Settlement Disposition Conference, or the parties fail to submit the signed joint motion for dismissal in a timely manner, the Court will issue an Order to Show Cause why sanctions should not be imposed for failing to comply with this Order.

All other pending dates before Magistrate Judge Major are hereby vacated. Any matters currently scheduled before the district judge shall remain in effect pending notice from that court.

**IT IS SO ORDERED.**

Dated: January 26, 2007

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE NAPOLEON A. JONES, JR.
U.S. DISTRICT JUDGE

ALL COUNSEL