# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN LOTT and LINDA LOTT,<br><br>        Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA and DGV HOLDINGS, INC., dba PAN AM INTERNATIONAL FLIGHT ACADEMY,<br><br>        Defendants. | Civil No. 06CV0561 J (BLM)<br><br>**ORDER:**<br>**(1) GRANTING DEFENDANT UNITED STATES' APPLICATION FOR DETERMINATION OF GOOD FAITH SETTLEMENT [DOC. NO. 14]; AND**<br><br>**(2) GRANTING AMENDED JOINT MOTION TO DISMISS COMPLAINT AGAINST UNITED STATES [DOC. NO. 21].** |

      Before the Court is Defendant United States of America's ("United States") Application for Determination of Good Faith Settlement and the Parties' Joint Motion to Dismiss the Complaint Against the United States. [Doc. Nos. 14, 21.] To date, Defendant DGV Holdings, d.b.a. Pan Am International Flight Academy ("Pan Am") has not filed a motion opposing the Application. The Court finds these matters suitable for determination on the papers and without oral argument. *See* S.D. Cal. Civ. R. 7.1(d)(1). For the reasons discussed herein, the Court **GRANTS** Defendant United States' Application for Determination of Good Faith Settlement and **GRANTS** Parties' Joint Motion to Dismiss Complaint Against Defendant United States.

1

## *Background*

The present case is the second of two wrongful death cases filed under the Federal Tort Claims Act arising out of a fatal aircraft accident near Julian, California on May 10, 2004. (*See* App. Good Faith Determination of Settlement at 3.) At the time of the incident, the aircraft was being piloted by Bradford Cederblom and Damon Lott. (*See id.*) Following a bench trial in *Cederblom v. United States*, Civil No. 05-1551 (S.D.Cal. 2006), the Court awarded a judgment in favor of plaintiffs in the total amount of $3,404,260.15.

Plaintiffs Ben Lott and Linda Lott, parents of Damon Lott, sued the United States and Pan Am, the owner of the aircraft involved in the incident and flight school where the decedents attended. (*See id.*) Defendant United States has reached a settlement with Plaintiffs in the amount of $3,404,260.15,[1] equaling the amount awarded by this Court in *Cederblom*. (*See id.*; Settlement at 2.)

## *Discussion*

Pursuant to California Code of Civil Procedure Section 877.6(a)(2):

> [A] settling party may give notice of settlement to all parties and to the court, together with an application for determination of good faith settlement and a proposed order. The application shall indicate the settling parties, and the basis, terms, and amount of the settlement. The notice, application, and proposed order shall be given by certified mail, return receipt requested. Proof of service shall be filed with the court. Within 25 days of the mailing of the notice, application, and proposed order, or within 20 days of personal service, a nonsettling party may file a notice of motion to contest the good faith of the settlement. If none of the nonsettling parties files a motion within 25 days of mailing of the notice, application, and proposed order, or within 20 days of personal service, the court may approve the settlement. The notice by a nonsettling party shall be given in the manner provided in subdivision (b) of Section 1005. However, this paragraph shall not apply to settlements in which a confidentiality agreement has been entered into regarding the case or the terms of the settlement.

Cal. Civ. Proc. Code § 877.6(a)(2) (2007). On December 21, 2006, Defendant United States filed a Notice of Settlement and an Application for Determination of Good Faith Settlement. [Doc. No. 14.]

---

[1] While the Application indicates that the amount settled upon is $3,404,620.15, the correct amount is $3,404,260.15, as indicated by the Stipulation for Compromise Settlement. (*See* App. Good Faith Determination of Settlement at 3; Settlement at 2.)

The settling parties are Defendant United States and Plaintiffs Ben and Linda Lott. (*See* App. Good Faith Determination of Settlement at 4.)  As the basis for the settlement, the Defendant United States indicates that all Parties participated in a settlement conference before a mediator and the Parties had the benefit of this Court's prior award of $3,404,260.15 in *Cederblom*. (*See id*.)  Defendant also points to the similarities between the present case and that of *Cederblom*—both decedents were single young men who died while attending flight school and both are survived by their parents who are the only wrongful death plaintiffs. (*See id*.)  Plaintiffs and Defendant United States have filed a Stipulation for Compromise Settlement and Release of All Claims in which the Defendant United States has agreed to pay Plaintiffs the sum of $3,404,260.15. (*See* Settlement at 2.)  No Defendant to this action has come forward with evidence that the foregoing settlement offer is not in good faith.  Accordingly, the Court **FINDS** that Defendant United States' settlement has been made in good faith.

## *Conclusion*

Having reviewed the papers and given the non-opposition by Defendant Pan Am, the Court **GRANTS** Defendant United States' Application for Determination of Good Faith Settlement. [Doc. No. 14.]  Additionally, good cause appearing therefor, the Court **GRANTS** the Parties' Joint Motion to Dismiss the Complaint Against the United States **with prejudice**. [Doc. No. 21.]

**IT IS SO ORDERED.**

DATED: February 8, 2007

HON. NAPOLEON A. JONES, JR.
United States District Judge

cc: Magistrate Judge Major
    All Counsel of Record