FILED

07 MAR -5 AM 8: 15

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN LOTT and LINDA LOTT,<br><br>        Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA and DGV HOLDINGS, INC., dba PAN AM INTERNATIONAL FLIGHT ACADEMY,<br><br>        Defendants. | Civil No. 06CV0561 J (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS COMPLAINT AGAINST DGV HOLDINGS, INC., DBA PAN AM INTERNATIONAL FLIGHT ACADEMY [DOC. NO. 26].** |

    WHEREAS, Plaintiffs Ben and Linda Lott ("Plaintiffs") have reached a settlement of Plaintiffs' claims against Defendant DGV Holdings, Inc., dba Pan Am International Flight Academy in this matter;

    WHEREAS, Defendant United States of America's Application for Determination of Good Faith Settlement and Joint Motion of All Parties to Dismiss the Complaint Against the United States with prejudice was granted by this Court on February 8, 2007;

//

//

//

1  Accordingly, the Court **GRANTS** the Parties' Joint Motion to Dismiss the Complaint
2  against DGV Holdings, Inc., dba Pan Am International Flight Academy **with prejudice**.

4  **IT IS SO ORDERED.**

6  DATED: 3-2-07

7  HON. NAPOLEON A. JONES, JR.
   United States District Judge

9  cc: Magistrate Judge Major
10      All Counsel of Record